UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ON BOARD LLC d/b/a ON BOARD INFORMATICS,<br><br>Plaintiff,<br><br>vs.<br><br>EXIT REALTY CORP. INTERNATIONAL,<br><br>Defendant. | Case No. 13-CV-1463 (TPG)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, EXIT Realty Corp. International, an Ontario, Canada corporation, states that it is a wholly-owned subsidiary of Mindset, Inc. No publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
       March 27, 2013

ANDERSON KILL & OLICK, P.C.

By: /s/ Rene F. Hertzog
    Rene F. Hertzog, Esq.
    1251 Avenue of the Americas
    New York, NY 10020
    Telephone:  212-278-1000
    Facsimile:   212-278-1733

*Attorneys for Defendant*
*EXIT Realty Corp. International*