UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ON BOARD LLC d/b/a ON BOARD INFORMATICS,<br><br>Plaintiff,<br><br>vs.<br><br>EXIT REALTY CORP. INTERNATIONAL,<br><br>Defendant. | Case No. 13-CV-1463 (TPG)<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on the 27th day of March, 2013, I served a copy of Defendant's Rule 7.1 Corporate Disclosure Statement, dated March 27, 2013 and Exit Realty Corp. International's Answer and Affirmative Defenses to the Plaintiff's Complaint, dated March 27, 2013, by filing an electronic copy with the United States District Court for the Southern District of New York's Electronic Case Filing system and by delivering said copies by first class mail by depositing a true copy thereof enclosed in a securely sealed, properly addressed, fully post-paid envelope in an official depository under the exclusive care and custody of the United States Postal Service within the City, County, and State of New York to the attorney listed below for the Plaintiff, On Board LLC d/b/a On Board Informatics:

>Gene R. Kazlow
>Kazlow & Kazlow
>19 West 34th Street
>New York, NY 10001

Dated: New York, New York
        March 28, 2013

ANDERSON KILL & OLICK, P.C.

By: /s/ Rene F. Hertzog
    Rene F. Hertzog, Esq.
    1251 Avenue of the Americas

nydocs1-1007217.1

New York, NY  10020
Telephone:   212-278-1000
Facsimile:   212-278-1733

*Attorneys for Defendant*
*EXIT Realty Corp. International*

nydocs1-1007217.1