UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ON BOARD LLC d/b/a ON BOARD INFORMATICS,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>EXIT REALTY CORP. INTERNATIONAL,<br><br>　　　　　　　　　　Defendant. | Case No. 13-CV-1463 (TPG)<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on the 28th day of March, 2013, I served a copy of Defendant's Rule 7.1 Corporate Disclosure Statement, dated March 27, 2013 and Exit Realty Corp. International's Answer and Affirmative Defenses to the Plaintiff's Complaint, dated March 27, 2013, by delivering said copies by first class mail by depositing a true copy thereof enclosed in a securely sealed, properly addressed, fully post-paid envelope in an official depository under the exclusive care and custody of the United States Postal Service within the City, County, and State of New York to the attorney listed below for the Plaintiff, On Board LLC d/b/a On Board Informatics:

　　　　　　　　　　Gene R. Kazlow
　　　　　　　　　　Kazlow & Kazlow
　　　　　　　　　　237 West 35th Street, 14th Floor
　　　　　　　　　　New York, NY 10001

Dated:  New York, New York
　　　　March 29, 2013

　　　　　　　　　　ANDERSON KILL & OLICK, P.C.

　　　　　　　　　　By:  /s/ Rene F. Hertzog
　　　　　　　　　　　　　Rene F. Hertzog, Esq.
　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　New York, NY  10020
　　　　　　　　　　　　　Telephone:  212-278-1000
　　　　　　　　　　　　　Facsimile:  212-278-1733

nydocs1-1007236.1

_____
*Attorneys for Defendant*
*EXIT Realty Corp. International*
