**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------X
    IN THE MATTER OF REASSIGNMENT

                                    NOTICE OF REASSIGNMENT

            OF

 CASES FROM HON.  THOMAS P. GRIESA

-------------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

                HON.  KATHERINE B. FORREST

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: June 6, 2013

                                        Ruby J. Krajick, CLERK


                                  Philip Guarnieri
                     By: _____
                                   Deputy Clerk

cc: Attorneys of Record

Judge Griesa to Judge Forrest

04CR678

06CV1383

09CV4006

10CR367

10CV3355

10CV7997

10CV8388

10CV8645

11CV939

11CV2481

11CV2522

11CV2927

11CV2936

11CV5814

11CV7278

11CV7282

11CV7354

11CV7480

11CV7629

11CV7834

11CV8123

11CV9074

11CV9419

11CV9698

12CV322
12CV343
12CR386

12CV420
12CV899
12CV1577
12CV1614
12CV1813
12CV1896
12CV1960
12CV1998
12CV2039
12CV3332
12CV3396
12CV3582
12CV3807
12CV6368
12CV6669
12CV6699
12CV6761
12CV7049
12CV8334
12CV8559
12CV8735
12CV8762
12CV8786
12CV8829
12CV8850
12CV8878
12CV8976
12CV9263
12CV9342
12CV9403
13CV53
13CV170
13CV191
13CV328
13CV359
13CV514
13CV713
13CV755
13CV1000
13CV1004
13CV1154
13CV1169
13CV1307
13CV1463
13CV1483
13CV1548

13CV1653
13CV1716
13CV1724
13CV1746
13CV1783
13CV1813
13CV1857
13CV1905
13CV2078
13CV2137
13CV2293
13CV2364
13CV2394
13CV2554
13CV2606
13CV2714
13CV2754
13CV2813
13CV2835
13CV2904
13CV2913
13CV2937