```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 1 1 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                    :
ON BOARD LLC d/b/a ON BOARD                         :
INFORMATICS,                                         :
                                                    :        13 Civ. 1463 (KBF)
                                    Plaintiff,      :
                                                    :        NOTICE OF INITIAL
                                                    :            PRETRIAL
               -v-                                  :          CONFERENCE
                                                    :
EXIT REALTY CORP. INTERNATIONAL,   :
                                                    :
                                    Defendant.      X
-----------------------------------------------------------

KATHERINE B. FORREST, District Judge:

       It is hereby ORDERED that:

       1. Lead counsel for all parties shall appear for an initial pretrial

          conference ("IPTC") promptly at **9:00 a.m. on Monday, July 8, 2013.**

       2. Counsel for plaintiff shall immediately serve this order upon

          defendants, and transmit a copy of this order to defendants' counsel.

          If defendants currently lack counsel, counsel for plaintiff shall

          transmit a copy of this order to defendants' counsel immediately when

          counsel is retained.

       3. At least **four business days prior** to the IPTC, the parties shall

          jointly submit the materials required by Rule 4.B.ii of this Court's

          individual rules of practice (available at http://www.nysd.uscourts.

          gov/judge/Forrest).

1

4. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.  <u>See</u> Rule 4.B.

IT IS FURTHER ORDERED that, because subject matter jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332, plaintiff shall submit a letter, not later than **June 29, 2013**, listing the citizenship of each member of its limited liability company.  <u>See</u> <u>Handelsman v. Bedford Vill. Assocs. Ltd. P'ship</u>, 213 F.3d 48, 51-52 (2d Cir. 2000).

SO ORDERED.

Dated:     New York, New York
           June _11_, 2013

                              _____
                              KATHERINE B. FORREST
                              United States District Judge

2