UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ON BOARD LLC d/b/a ON BOARD
INFORMATICS,

                Plaintiff,        Case No. 13 Civ. 1463 (KBF)

     --against--              **NOTICE OF APPEARANCE**

EXIT REALTY CORP. INTERNATIONAL,

                Defendant.
---------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the undersigned attorney hereby appears in the above-captioned matter as one of the attorneys for the plaintiff, On Board LLC d/b/a On Board Informatics. All papers and notices in the action should be served upon the undersigned at the address indicated below.

Dated: New York, New York
       June 18, 2013

                                          s/ Stuart L. Sanders

                                          Stuart L. Sanders, Esq.
                                          KAZLOW & KAZLOW
                                          Attorneys for Plaintiff
                                          237 West 35th Street, 14th Floor
                                          New York, NY 10001
                                          Tel.: (212) 947-2900
                                          Fax: (212) 563-0629
                                          E-mail: ssanders@kazlowandkazlow.com

To:    Rene F. Hertzog, Esq.
         ANDERSON KILL & OLICK, P.C.
         Attorneys for Defendant
         1251 Avenue of the Americas
         New York, NY 10020