UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
ON BOARD LLC d/b/a ON BOARD
INFORMATICS,

                    Plaintiff,              Case No. 13 Civ. 1463 (KBF)

      --against--                **NOTICE OF APPEARANCE**

EXIT REALTY CORP. INTERNATIONAL.

                    Defendant.
--------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the undersigned attorney hereby appears in the above-captioned matter as one of the attorneys for the plaintiff, On Board LLC d/b/a On Board Informatics. All papers and notices in the action should be served upon the undersigned at the address indicated below.

Dated: New York, New York
        June 18, 2013

                                            s/ Stuart L. Sanders
                                            _____
                                            Stuart L. Sanders, Esq.
                                            KAZLOW & KAZLOW
                                            Attorneys for Plaintiff
                                            237 West 35th Street, 14th Floor
                                            New York, NY 10001
                                            Tel.: (212) 947-2900
                                            Fax: (212) 563-0629
                                            E-mail: ssanders@kazlowandkazlow.com

To:    Rene F. Hertzog, Esq.
        ANDERSON KILL & OLICK, P.C.
        Attorneys for Defendant
        1251 Avenue of the Americas
        New York, NY 10020