# KAZLOW & KAZLOW
## ATTORNEYS AT LAW

**NEW YORK OFFICE**
237 W. 35th Street, 14th Floor
New York, NY 10001
Phone: (212) 947-2900
Toll Free: (800)772-9870
Fax: (212) 563-0629

Gene R. Kazlow, Esq.
Stuart L. Sanders, Esq.
Ingrid Golemi, Esq.

www.kazlowandkazlow.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 5 2013

June 21, 2013

**VERMONT OFFICE**
32 Main Street
Montpelier, VT 05602
Phone: (802) 479-8990
Toll Free: (800) 772-9870
Fax: (802) 223-4689

Alan Rome, Esq.**

**Also admitted in Massachusetts

VIA HAND DELIVERY

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 730
New York, NY 10007



Re: On Board LLC d/b/a On Board Informatics v. Exit Realty Corp. International
U.S. Dist. Ct., S.D.N.Y., Case No. 13-CV-1463 (~~TPG~~) (KBF)

Dear Judge Forrest:

    My firm represents the plaintiff in the above-referenced matter. As directed in your Notice of Initial Pretrial Conference, dated June 11, 2013, I am writing concerning the citizenship of plaintiff's members. Please be advised that plaintiff's three members, Jonathan Bednarsh, Marc Siden and Peter Goldey are all residents and citizens of the United States and the State of New York.

ORDERED
Post on Docket 6/25/13

_K. B. F._
Katherine B. Forrest, USDJ

Very truly yours,

KAZLOW & KAZLOW

Stuart L. Sanders

cc: Rene F. Hertzog, Esq. (via e-mail)