# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020-1182
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Rene F. Hertzog, Esq.
Rhertzog@andersonkill.com
212-278-1166



June 28, 2013

*By Hand*

Honorable Katherine B. Forrest
United States District Judge
United States District Court,
 Southern District of New York
United States Courthouse
500 Pearl Street, Room 730
New York, NY 10007

Re: <u>OnBoard LLC d/b/a OnBoard Informatics v. Exit Realty Corp. International, No. 13-Civ-1463 (KBF)</u>

Dear Judge Forrest:

This firm represents defendant Exit Realty Corp. International ("Exit Realty") in the above-referenced matter.

We write to request Your Honor's permission for Attorney Paul R. Hoefle of The Schroeder Group, S.C., to appear via telephone at the Initial Pretrial Conference scheduled before Your Honor at 9:00 a.m. on Monday, July 8, 2013. Mr. Hoefle will be available by telephone at his office in Waukesha, Wisconsin for the conference. He can be reached directly at (262) 754-1306 or will await instructions from the Court should Your Honor permit the request. Plaintiff's counsel has consented to the request for Mr. Hoefle to appear by telephone.

We presently are preparing Mr. Hoefle's application for pro hac vice admission to the Court to appear on behalf of Exit Realty in this matter and expect that the application will be filed at or prior to the Conference.

~~We thank you~~ for your consideration of this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 1 2013

Respectfully submitted,

Rene F. Hertzog, Esq.

cc: Stuart L. Sanders, Esq. (*via email*)
    Paul R. Hoefle, Esq. (*via email*)

*All parties shall appear telephonically. Parties shall call chambers together at 9am. The Court generally discourages telephonic conferences but will allow it in this one instance.*

K. B. Forrest
7/1/13

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Burlington, VT

nydocs1-1015199.1