UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 0 9 2013
```

------------------------------------------------------------ X
ON BOARD LLC d/b/a ON BOARD INFORMATICS, :
:
:
                                        Plaintiff(s),   :        13  Civ. 1463  (KBF)
:
        -v-                                             :        SCHEDULING ORDER
EXIT REALTY CORP. INTERNATIONAL,                        :
:
:
                                        Defendant(s).   :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties [do ☐ / do not ☑] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Close of fact discovery: November 8, 2013 . [within 4 months]

3. Close of expert discovery: December 3, 2013 . [25 days after the close of fact discovery]

    The parties contemplate experts in this matter for the following subject(s): to be determined .

4. [For F.L.S.A. actions only] The plaintiff(s) [do ☐ / do not ☐] anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b).

    Proposed briefing schedule:
    Opening:    _____ [30 days after initial conference]
    Opp'n:      _____ [21 days after opening brief]
    Reply:      _____ [7 days after opposition brief]

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

5. The parties [do ✓ / do not ☐ ] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) summary judgment.

Proposed briefing schedule:   * Last to file (motions may be filed @ any time)
Opening:  December 3, 2013  [no later than item 3]
Opp'n:    December 24, 2013 [21 days after opening brief]
Reply:    December 31, 2013 [7 days after opposition brief]

6. Trial [will ✓ / will not ☐ ] be before a jury.

### DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.

7. The next status conference in this matter is set for __11/15/13__ at __9:00 am__

8. All pretrial materials, including the Joint Pretrial Order ("JPTO") are due: __1/20/14__.

9. The Final Pretrial Conference ("FPTC") in this matter is set for __1/22/14__ at __1:30 pm__

10. Trial in this matter shall commence on __1/27/14__. Trial is anticipated to take __1 week__ [~~days~~ / (week)].

SO ORDERED:

Dated: New York, New York
       __7/8__, 2013

_____K. B. Forrest_____
KATHERINE B. FORREST
United States District Judge