UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ON BOARD LLC d/b/a ON BOARD INFORMATICS,<br><br>Plaintiff,<br><br>vs.<br><br>EXIT REALTY CORP. INTERNATIONAL,<br><br>Defendant. | Case No. 13-CV-1463 (KBF)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

Upon the motion of Rene F. Hertzog, Esq., attorney for Defendant Exit Realty Corp. International, and said sponsor attorney's affidavit in support,

IT IS HEREBY ORDERED that

> Paul R. Hoefle, Esq.
> The Schroeder Group, S.C.,
>   Attorneys at Law
> 20800 Swenson Drive, Suite 475
> Waukesha, WI 53186
> Telephone:  262-798-8220
> Facsimile:   262-798-8232
> *prh@tsglaw.com*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 12 2013
```

is admitted to practice *pro hac vice* as counsel for Defendant Exit Realty Corp. International in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 12, 2013

_____
Katherine B. Forrest
United States District Judge

nydocs1-1015525.1