```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED OCT 2 3 2013
```

Forrest, U.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ON BOARD LLC d/b/a ON BOARD INFORMATICS,

           Plaintiff,

vs.

EXIT REALTY CORP. INTERNATIONAL,

           Defendant.
-----------------------------------------------------------x

Case No. 13 Civ. 1463 (KBF)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, the Plaintiff, On Board LLC d/b/a/ On Board Informatics, and the Defendant, Exit Realty Corp. International, have entered into a stipulated agreement of settlement so as to resolve the dispute between them without further litigation;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between the undersigned attorneys for the parties herein, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, dismissed with prejudice, without costs to either party as against the other.

Dated: October 22, 2013
      New York, New York

_____
Gene R. Kazlow, Esq.
KAZLOW & KAZLOW
Attorneys for Plaintiff
237 West 35th Street, 14th Floor
New York, NY 10001
(212) 947-2900

Dated: October 22, 2013
      Waukesha, Wisconsin

_____
Paul R. Hoefle, Esq.
THE SCHROEDER GROUP, S.C.,
ATTORNEYS AT LAW

1

1251302-1

Attorney for Defendant
20800 Swenson Drive, Suite 475
Waukesha, WI 53186
(262) 754-1360

Rene F. Hertzog, Esq.
ANDERSON KILL, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000

SO ORDERED this **23rd** day of **Oct.**, 2013.

*K. B. Forrest*

KATHERINE B. FORREST
United States District Judge

2

1251302-1

# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Rene F. Hertzog, Esq.
Rhertzog@andersonkill.com
212-278-1166

*Via ECF*

October 23, 2013

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

     Re:   *On Board LLC d/b/a On Board Informatics v. Exit Realty Corp. International*, No. 13-Civ-1463 (KBF)

Dear Judge Forrest:

    This firm represents defendant EXIT Realty Corp. International in the above-referenced matter. As Your Honor is aware, the parties have settled this action. Enclosed for Your Honor's consideration is a Stipulation and Order of Dismissal With Prejudice executed by the parties. The parties and counsel thank Your Honor and your staff for assisting in resolving this dispute.

                              Respectfully submitted,

                              Rene F. Hertzog, Esq.

cc:  Stuart L. Sanders, Esq. *(via email)*
      Paul R. Hoefle, Esq. *(via email)*